## STATE EX REL. BEARD *v.* PAXSON ET AL.

[No. 26,889. Filed January 11, 1938. Rehearing denied April 5, 1938.]

*Church, Chester & Holdeman,* for appellant.

*Hawley O. Burke,* for appelleees.

HUGHES, J.—This is an action on the relation of Orlo C. Beard to mandate appellees to restore him to duty as a policeman in the police department of the City of Elkhart. The same state of facts exists in this case as existed in the case of State of Indiana ex rel. John M. Weaver v. the same appellant as here, No. 26,890, which was decided by this court on December 21, 1937, ante 128, 11 N. E. (2d) 677, and upon the authority of said case this case is affirmed.

Judgment affirmed.